FILED
May 24, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                 DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| ALULA F. HAGOS, SID #751153, | § |
| *Petitioner,* | § |
| | §  CIVIL NO. SA-22-CV-00382-OLG |
| v. | § |
| SHERIFF JAVIER SALAZAR, BEXAR COUNTY, | § |
| *Respondent.* | § |

## FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Petitioner Alula F. Hagos's purported 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, the Court renders the following Final Judgment pursuant to Fed. R. Civ. P. 58.

**IT IS HEREBY ORDERED** that Petitioner Alula F. Hagos's purported 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Hagos's Application to Proceed *In Forma Pauperis* is **DENIED WITHOUT PREJUDICE AS MOOT**.

**IT IS FINALLY ORDERED** that a certificate of appealability is **DENIED**.

It is **SO ORDERED.**

**SIGNED** this  24th  day of May, 2022.

_____
ORLANDO L. GARCIA
Chief United States District Judge